[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10572
Non-Argument Calendar

_____

D.C. Docket No. 3:18-cr-00044-TJC-PDB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTINE ALYCE SLAYMAN,
a.k.a. Charli McKenna,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 18, 2019)

Before ED CARNES, Chief Judge, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Meghan Collins, appointed counsel for Christine Slayman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Slayman's convictions and sentences are **AFFIRMED**.